



# MEMORANDUM OPINION

No. 04-11-00027-CR

**IN RE** Jose A. **CORDOVA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  January 26, 2011

PETITION FOR WRIT OF PROHIBITION DENIED

On January 10, 2011, relator filed a petition for writ of prohibition. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of prohibition is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2005-CR-5739, styled *State of Texas v. Jose A. Cordova*, in the 187th Judicial District Court, Bexar County, Texas, the Honorable Raymond Angelini presiding.